# UNITED STATES BANKRUPTCY COURT
# NORTHERN DISTRICT OF ILLINOIS
# EASTERN DIVISION

| | | |
|---|---|---|
| In re: MOSS, DEAN JAY | § | Case No. 10-38732 |
| | § | |
| | § | |
| Debtor(s) | § | |

## TRUSTEE'S FINAL REPORT (TFR)

The undersigned trustee hereby makes this Final Report and states as follows:

1. A petition under Chapter 7 of the United States Bankruptcy Code was filed on August 30, 2010. The undersigned trustee was appointed on August 30, 2010.

2. The trustee faithfully and properly fulfilled the duties enumerated in 11 U.S.C. §704.

3. All scheduled and known assets of the estate have been reduced to cash, released to the debtor as exempt property pursuant to 11 U.S.C. § 522, or have been or will be abandoned pursuant to 11 U.S.C. § 554 An individual estate property record and report showing the disposition of all property of the estate is attached as **Exhibit A.**

4. The trustee realized the gross receipts of    $    130,568.58

   Funds were disbursed in the following amounts:

   | | |
   |---|---:|
   | Payments made under an interim distribution | 99,173.69 |
   | Administrative expenses | 10,206.95 |
   | Bank service fees | 38.34 |
   | Other payments to creditors | 0.00 |
   | Non-estate funds paid to 3rd Parties | 0.00 |
   | Exemptions paid to the debtor | 0.00 |
   | Other payments to the debtor | 0.00 |
   | Leaving a balance on hand of [1]  $ | 21,149.60 |

The remaining funds are available for distribution.

5. Attached as **Exhibit B** is a cash receipts and disbursements record for each estate bank account.

---

[1] The balance of funds on hand in the estate may continue to earn interest until disbursed. The interest earned prior to disbursement will be distributed pro rata to creditors within each priority category. The trustee may receive additional compensation not to exceed the maximum compensation set forth under 11 U.S.C. § 326(a) on account of the disbursement of the additional interest.

**UST Form 101-7-TFR (05/1/2011)**

6. The deadline for filing non-governmental claims in this case was 02/14/2011 and the deadline for filing governmental claims was 02/14/2011. All claims of each class which will receive a distribution have been examined and any objections to the allowance of claims have been resolved. If applicable, a claims analysis, explaining why payment on any claim is not being made, is attached as **Exhibit C**.

7. The Trustee's proposed distribution is attached as **Exhibit D**.

8. Pursuant to 11 U.S.C. § 326(a), the maximum compensation allowable to the trustee is $9,778.43. To the extent that additional interest is earned before case closing, the maximum compensation may increase.

The trustee has received $0.00 as interim compensation and now requests the sum of $7,333.80, for a total compensation of $7,333.80. In addition, the trustee received reimbursement for reasonable and necessary expenses in the amount of $0.00 and now requests reimbursement for expenses of $5.96, for total expenses of $5.96.[2]

Pursuant to Fed R Bank P 5009, I hereby certify, under penalty of perjury, that the foregoing report is true and correct.

Date: 08/10/2011    By: /s/RICHARD M. FOGEL
                      Trustee

**STATEMENT:** This Uniform Form is associated with an open bankruptcy case, therefore, Paperwork Reduction Act exemption 5 C.F.R. § 1320.4(a)(2) applies.

---

[2] If the estate is administratively insolvent, the dollar amounts reflected in this paragraph may be higher than the amounts listed in the Trustee's Proposed Distribution (Exhibit D)

**UST Form 101-7-TFR (05/1/2011)**

Exhibit A

# Form 1

Page: 1

## Individual Estate Property Record and Report
## Asset Cases

Case Number: 10-38732  
Case Name: MOSS, DEAN JAY  
Period Ending: 08/10/11

Trustee: (330720) RICHARD M. FOGEL  
Filed (f) or Converted (c): 08/30/10 (f)  
§341(a) Meeting Date: 10/26/10  
Claims Bar Date: 02/14/11

| Ref. # | 1<br>Asset Description<br>(Scheduled And Unscheduled (u) Property) | 2<br>Petition/<br>Unscheduled<br>Values | 3<br>Estimated Net Value<br>(Value Determined By Trustee,<br>Less Liens, Exemptions,<br>and Other Costs) | 4<br>Property<br>Abandoned<br>OA=§554(a)<br>DA=§554(c) | 5<br>Sale/Funds<br>Received by<br>the Estate | 6<br>Asset Fully<br>Administered (FA)/<br>Gross Value of<br>Remaining Assets |
|---|---|---|---|---|---|---|
| 1 | Principle residence: 6053 N. Mason Ave., Chicago<br>Orig. Asset Memo: Imported from original petition<br>Doc# 1 | 325,500.00 | 0.00 | DA | 0.00 | 0.00 |
| 2 | 4503 N. Ashland Ave., #1N, Chicago, IL 60640<br>Orig. Asset Memo: Imported from original petition<br>Doc# 1 (See Footnote) | 175,000.00 | 43,627.00 | OA | 6,780.00 | FA |
| 3 | 4740 N. Hamilton Ave., #2S, Chciago, IL 60625<br>Orig. Asset Memo: Imported from original petition<br>Doc# 1 (See Footnote) | 165,000.00 | 92,354.00 | | 123,787.84 | FA |
| 4 | 6813 N. Lakewood Ave., #2W, Chicago, IL 60626<br>Orig. Asset Memo: Imported from original petition<br>Doc# 1 (See Footnote) | 85,000.00 | 0.00 | OA | 0.00 | FA |
| 5 | 6817 N. Lakewood Ave., #2W, Chicago, IL 60626<br>Orig. Asset Memo: Imported from original petition<br>Doc# 1 (See Footnote) | 85,000.00 | 0.00 | OA | 0.00 | FA |
| 6 | Cash on hand.<br>Orig. Asset Memo: Imported from original petition<br>Doc# 1 | 16.00 | 0.00 | DA | 0.00 | 0.00 |
| 7 | Checking, savings or other financial accounts, c<br>Orig. Asset Memo: Imported from original petition<br>Doc# 1 | 2,522.50 | 0.00 | DA | 0.00 | 0.00 |
| 8 | Checking, savings or other financial accounts, c<br>Orig. Asset Memo: Imported from original petition<br>Doc# 1 | 2,082.95 | 0.00 | DA | 0.00 | 0.00 |
| 9 | Household goods and furnishings, including audio<br>Orig. Asset Memo: Imported from original petition<br>Doc# 1 | 600.00 | 0.00 | DA | 0.00 | 0.00 |
| 10 | Books, pictures and other art objects, antiques,<br>Orig. Asset Memo: Imported from original petition<br>Doc# 1 | 100.00 | 0.00 | DA | 0.00 | 0.00 |
| 11 | Wearing apparel.<br>Orig. Asset Memo: Imported from original petition<br>Doc# 1 | 500.00 | 0.00 | DA | 0.00 | 0.00 |
| 12 | Furs and jewelry. | 200.00 | 0.00 | DA | 0.00 | 0.00 |

Printed: 08/10/2011 12:21 PM  V.12.57

Exhibit A

# Form 1
## Individual Estate Property Record and Report
## Asset Cases

Page: 2

Case Number: 10-38732  
Case Name: MOSS, DEAN JAY  

Period Ending: 08/10/11

Trustee: (330720)  RICHARD M. FOGEL  
Filed (f) or Converted (c): 08/30/10 (f)  
§341(a) Meeting Date: 10/26/10  
Claims Bar Date: 02/14/11

| Ref. # | 1<br>Asset Description<br>(Scheduled And Unscheduled (u) Property) | 2<br>Petition/<br>Unscheduled<br>Values | 3<br>Estimated Net Value<br>(Value Determined By Trustee,<br>Less Liens, Exemptions,<br>and Other Costs) | 4<br>Property<br>Abandoned<br>OA=§554(a)<br>DA=§554(c) | 5<br>Sale/Funds<br>Received by<br>the Estate | 6<br>Asset Fully<br>Administered (FA)/<br>Gross Value of<br>Remaining Assets |
|---|---|---|---|---|---|---|
|  | Orig. Asset Memo: Imported from original petition Doc# 1 |  |  |  |  |  |
| 13 | Interests in insurance policies. Name insurance<br>Orig. Asset Memo: Imported from original petition Doc# 1 | 23,900.36 | 0.00 | DA | 0.00 | 0.00 |
| 14 | Annuities. Itemize and name each issuer.<br>Orig. Asset Memo: Imported from original petition Doc# 1 | 7,411.15 | 0.00 | DA | 0.00 | 0.00 |
| 15 | Interests in IRA, ERISA, Keogh, or other pension<br>Orig. Asset Memo: Imported from original petition Doc# 1 | 19,521.68 | 0.00 | DA | 0.00 | 0.00 |
| 16 | Stock and interests in incorporated and unincorp<br>Orig. Asset Memo: Imported from original petition Doc# 1 | 1,000.00 | 0.00 | DA | 0.00 | 0.00 |
| 17 | Stock and interests in incorporated and unincorp<br>Orig. Asset Memo: Imported from original petition Doc# 1 | 3,228.28 | 0.00 | DA | 0.00 | FA |
| Int | INTEREST (u) | Unknown | N/A |  | 0.74 | Unknown |
| 18 | Assets   Totals (Excluding unknown values) | $896,582.92 | $135,981.00 |  | $130,568.58 | $0.00 |

RE PROP# 2   Per o/c 6-28-11  
RE PROP# 3   Sale closed 6-30-11  
RE PROP# 4   Per o/c 6-28-11 (Stay modified 11-2-10)  

RE PROP# 5   Per o/c 6-28-11 (Stay modified 10-28-10)

**Major Activities Affecting Case Closing:**

Soliciting offers for condominiums

Printed: 08/10/2011 12:21 PM   V.12.57

Exhibit A

# Form 1

Page: 3

## Individual Estate Property Record and Report
## Asset Cases

| Case Number: | 10-38732 | Trustee: | (330720) RICHARD M. FOGEL |
| --- | --- | --- | --- |
| Case Name: | MOSS, DEAN JAY | Filed (f) or Converted (c): | 08/30/10 (f) |
| | | §341(a) Meeting Date: | 10/26/10 |
| Period Ending: 08/10/11 | | Claims Bar Date: | 02/14/11 |

| 1 | 2 | 3 | 4 | 5 | 6 |
| --- | --- | --- | --- | --- | --- |
| Asset Description (Scheduled And Unscheduled (u) Property) Ref. # | Petition/ Unscheduled Values | Estimated Net Value (Value Determined By Trustee, Less Liens, Exemptions, and Other Costs) | Property Abandoned OA=§554(a) DA=§554(c) | Sale/Funds Received by the Estate | Asset Fully Administered (FA)/ Gross Value of Remaining Assets |

Initial Projected Date Of Final Report (TFR): June 30, 2011　　　Current Projected Date Of Final Report (TFR): June 30, 2011

Exhibit B

# Form 2
## Cash Receipts And Disbursements Record

Page: 1

| Case Number: | 10-38732 | | Trustee: | RICHARD M. FOGEL (330720) |
|---|---|---|---|---|
| Case Name: | MOSS, DEAN JAY | | Bank Name: | The Bank of New York Mellon |
| | | | Account: | 9200-******01-65 - Money Market Account |
| Taxpayer ID #: | **-***1502 | | Blanket Bond: | $5,000,000.00 (per case limit) |
| Period Ending: | 08/10/11 | | Separate Bond: | N/A |

| 1 Trans. Date | 2 {Ref #} / Check # | 3 Paid To / Received From | 4 Description of Transaction | T-Code | 5 Receipts $ | 6 Disbursements $ | 7 Money Market Account Balance |
|---|---|---|---|---|---|---|---|
| 11/10/10 | {3} | JENNIFER GUGLIEMI | Nov. rent- Hamilton | 1122-000 | 1,095.00 | | 1,095.00 |
| 11/10/10 | {2} | SEAN WILSON | Nov rent- Ashland | 1122-000 | 1,130.00 | | 2,225.00 |
| 11/30/10 | Int | The Bank of New York Mellon | Interest posting at 0.0100% | 1270-000 | 0.01 | | 2,225.01 |
| 12/01/10 | {3} | JENNIFER GUGLIELMI | Dec rent- Hamilton | 1110-000 | 1,095.00 | | 3,320.01 |
| 12/01/10 | {2} | SEAN WILSON | Dec rent- Ashland | 1110-000 | 1,130.00 | | 4,450.01 |
| 12/31/10 | Int | The Bank of New York Mellon | Interest posting at 0.0100% | 1270-000 | 0.03 | | 4,450.04 |
| 01/03/11 | {2} | SEAN WILSON | Jan rent- Ashland | 1122-000 | 1,130.00 | | 5,580.04 |
| 01/03/11 | {3} | JENNIFER GUGLIELMI | Jan rent- Hamilton | 1122-000 | 1,095.00 | | 6,675.04 |
| 01/31/11 | Int | The Bank of New York Mellon | Interest posting at 0.0100% | 1270-000 | 0.05 | | 6,675.09 |
| 02/01/11 | {2} | SEAN WILSON | February rent- Ashland | 1122-000 | 1,130.00 | | 7,805.09 |
| 02/01/11 | {3} | JENNIFER GUGLIELMI | February rent- Hamilton | 1122-000 | 1,095.00 | | 8,900.09 |
| 02/28/11 | Int | The Bank of New York Mellon | Interest posting at 0.0100% | 1270-000 | 0.06 | | 8,900.15 |
| 03/01/11 | {2} | SEAN WILSON | March rent- Ashland | 1122-000 | 1,130.00 | | 10,030.15 |
| 03/04/11 | {3} | JENNIFER GUGLIEMI | March rent- Hamilton | 1122-000 | 1,095.00 | | 11,125.15 |
| 03/17/11 | | To Account #9200******0166 | Bond Premium | 9999-000 | | 2.97 | 11,122.18 |
| 03/30/11 | {2} | SEAN WILSON | April rent- Ashland | 1122-000 | 1,130.00 | | 12,252.18 |
| 03/31/11 | Int | The Bank of New York Mellon | Interest posting at 0.0100% | 1270-000 | 0.09 | | 12,252.27 |
| 04/01/11 | {3} | JENNIFER GUGLIEMI | April rent- Hamilton | 1122-000 | 1,095.00 | | 13,347.27 |
| 04/20/11 | | To Account #9200******0166 | Account Transfer- repairs at Hamilton | 9999-000 | | 285.00 | 13,062.27 |
| 04/29/11 | Int | The Bank of New York Mellon | Interest posting at 0.0100% | 1270-000 | 0.10 | | 13,062.37 |
| 05/04/11 | {3} | JENNIFER GUGLIELMI | May rent- Hamilton | 1122-000 | 1,095.00 | | 14,157.37 |
| 05/31/11 | Int | The Bank of New York Mellon | Interest posting at 0.0100% | 1270-000 | 0.11 | | 14,157.48 |
| 06/03/11 | {3} | JEN GUGLIELMI | June rent- Hamilton | 1122-000 | 1,095.00 | | 15,252.48 |
| 06/23/11 | | To Account #9200******0166 | Account Transfer- dishwasher for Hamilton condo | 9999-000 | | 517.98 | 14,734.50 |
| 06/30/11 | Int | The Bank of New York Mellon | Interest posting at 0.0100% | 1270-000 | 0.12 | | 14,734.62 |
| 06/30/11 | | To Account #9200******0166 | Account Transfer- Hamilton plumbing issues | 9999-000 | | 175.00 | 14,559.62 |
| 07/05/11 | | STEWART TITLE COMPANY | Net proceeds of sale of Hamilton condo | | 6,600.31 | | 21,159.93 |
| | {3} | | Gross proceeds of sale    115,000.00 of condominium | 1110-000 | | | 21,159.93 |
| | | | Payoff first mortgage    -89,443.90 (Citimotgage) | 4110-000 | | | 21,159.93 |
| | | | Payoff condo association    -2,931.00 assessments (Giddings) | 4120-000 | | | 21,159.93 |
| | | | Real estate taxes    -6,798.79 | 4700-000 | | | 21,159.93 |
| | | | Real estate broker's fee    -5,750.00 (ReMax) | 3510-000 | | | 21,159.93 |

Subtotals :    $22,140.88    $980.95

{} Asset reference(s)

Printed: 08/10/2011 12:21 PM    V.12.57

Exhibit B

# Form 2

Page: 2

## Cash Receipts And Disbursements Record

| Case Number: | 10-38732 | | Trustee: | RICHARD M. FOGEL (330720) |
|---|---|---|---|---|
| Case Name: | MOSS, DEAN JAY | | Bank Name: | The Bank of New York Mellon |
| | | | Account: | 9200-******01-65 - Money Market Account |
| Taxpayer ID #: | **-***1502 | | Blanket Bond: | $5,000,000.00  (per case limit) |
| Period Ending: | 08/10/11 | | Separate Bond: | N/A |

| 1<br>Trans.<br>Date | 2<br>{Ref #} /<br>Check # | 3<br>Paid To / Received From | 4<br>Description of Transaction | T-Code | 5<br>Receipts<br>$ | 6<br>Disbursements<br>$ | 7<br>Money Market<br>Account Balance |
|---|---|---|---|---|---|---|---|
| | | | Closing costs and title insurance fees    -3,476.00 | 2500-000 | | | 21,159.93 |
| 07/18/11 | {3} | STEWART TITLE COMPANY OF ILLINOIS | Additional proceeds | 1110-000 | 27.84 | | 21,187.77 |
| 07/29/11 | Int | The Bank of New York Mellon | Interest posting at 0.0100% | 1270-000 | 0.17 | | 21,187.94 |
| 08/01/11 | | The Bank of New York Mellon | Bank and Technology Services Fee | 2600-000 | | 38.34 | 21,149.60 |
| | | | ACCOUNT TOTALS | | 22,168.89 | 1,019.29 | $21,149.60 |
| | | | Less: Bank Transfers | | 0.00 | 980.95 | |
| | | | Subtotal | | 22,168.89 | 38.34 | |
| | | | Less: Payments to Debtors | | | 0.00 | |
| | | | NET Receipts / Disbursements | | $22,168.89 | $38.34 | |

{} Asset reference(s)

Printed: 08/10/2011 12:21 PM    V.12.57

Exhibit B

# Form 2
## Cash Receipts And Disbursements Record

Page: 3

| Case Number: | 10-38732 | | Trustee: | RICHARD M. FOGEL (330720) |
|---|---|---|---|---|
| Case Name: | MOSS, DEAN JAY | | Bank Name: | The Bank of New York Mellon |
| | | | Account: | 9200-******01-66 - Checking Account |
| Taxpayer ID #: | **-***1502 | | Blanket Bond: | $5,000,000.00 (per case limit) |
| Period Ending: | 08/10/11 | | Separate Bond: | N/A |

| 1<br>Trans.<br>Date | 2<br>{Ref #} /<br>Check # | 3<br>Paid To / Received From | 4<br>Description of Transaction | T-Code | 5<br>Receipts<br>$ | 6<br>Disbursements<br>$ | 7<br>Checking<br>Account Balance |
|---|---|---|---|---|---|---|---|
| 03/17/11 | | From Account #9200******0165 | Bond Premium | 9999-000 | 2.97 | | 2.97 |
| 03/21/11 | 101 | INTERNATIONAL SURETIES, LTD. | Bond Premium | 2300-000 | | 2.97 | 0.00 |
| 04/20/11 | | From Account #9200******0165 | Account Transfer- repairs at Hamilton | 9999-000 | 285.00 | | 285.00 |
| 04/21/11 | 102 | CHICAGO'S COMFORT HEATING AND AIR CONDITIONING | Thermostat repair at 4740 N. Hamilton | 2420-000 | | 285.00 | 0.00 |
| 06/23/11 | | From Account #9200******0165 | Account Transfer- dishwasher for Hamilton condo | 9999-000 | 517.98 | | 517.98 |
| 06/24/11 | 103 | Diane Schuyler | Reimbursement for purchase of dishwasher for Hamilton condo | 2420-000 | | 517.98 | 0.00 |
| 06/30/11 | | From Account #9200******0165 | Account Transfer- Hamilton plumbing issues | 9999-000 | 175.00 | | 175.00 |
| 06/30/11 | 104 | DAVE'S QUALITY CONSTRUCTION | Bath tub and dishwasher issues at Hamilton | 2420-000 | | 175.00 | 0.00 |
| | | ACCOUNT TOTALS | | | 980.95 | 980.95 | $0.00 |
| | | Less: Bank Transfers | | | 980.95 | 0.00 | |
| | | Subtotal | | | 0.00 | 980.95 | |
| | | Less: Payments to Debtors | | | | 0.00 | |
| | | NET Receipts / Disbursements | | | $0.00 | $980.95 | |

| TOTAL - ALL ACCOUNTS | Net Receipts | Net Disbursements | Account Balances |
|---|---|---|---|
| MMA # 9200-******01-65 | 22,168.89 | 38.34 | 21,149.60 |
| Checking # 9200-******01-66 | 0.00 | 980.95 | 0.00 |
| | $22,168.89 | $1,019.29 | $21,149.60 |

{} Asset reference(s)

Printed: 08/10/2011 12:21 PM   V.12.57

## TRUSTEE'S PROPOSED DISTRIBUTION

Exhibit D

Case No.: 10-38732
Case Name: MOSS, DEAN JAY
Trustee Name: RICHARD M. FOGEL

**Balance on hand:** $ 21,149.60

Claims of secured creditors will be paid as follows:

| Claim No. | Claimant | Claim Asserted | Allowed Amount of Claim | Interim Payments to Date | Proposed Payment |
|---|---|---|---|---|---|
| None | | | | | |

Total to be paid to secured creditors: $ 0.00
Remaining balance: $ 21,149.60

Applications for chapter 7 fees and administrative expenses have been filed as follows:

| Reason/Applicant | Total Requested | Interim Payments to Date | Proposed Payment |
|---|---|---|---|
| Trustee, Fees - RICHARD M. FOGEL | 7,333.80 | 0.00 | 7,333.80 |
| Trustee, Expenses - RICHARD M. FOGEL | 5.96 | 0.00 | 5.96 |
| Attorney for Trustee, Fees - SHAW GUSSIS FISHMAN GLANTZ | 7,179.00 | 0.00 | 7,179.00 |
| Attorney for Trustee, Expenses - SHAW GUSSIS FISHMAN GLANTZ | 63.32 | 0.00 | 63.32 |
| Accountant for Trustee, Fees - POPOWCER KATTEN, LTD. | 1,012.50 | 0.00 | 1,012.50 |

Total to be paid for chapter 7 administration expenses: $ 15,594.58
Remaining balance: $ 5,555.02

Applications for prior chapter fees and administrative expenses have been filed as follows:

| Reason/Applicant | Total Requested | Interim Payments to Date | Proposed Payment |
|---|---|---|---|
| None | | | |

Total to be paid for prior chapter administrative expenses: $ 0.00
Remaining balance: $ 5,555.02

UST Form 101-7-TFR (05/1/2011)

In addition to the expenses of administration listed above as may be allowed by the Court, priority claims totaling $1,612.50 must be paid in advance of any dividend to general (unsecured) creditors.

Allowed priority claims are:

| Claim No | Claimant | Allowed Amount of Claim | Interim Payments to Date | Proposed Payment |
|---|---|---|---|---|
| 5 | Sean Wilson & Derrick Mitchell | 1,612.50 | 0.00 | 1,612.50 |

Total to be paid for priority claims:   $   1,612.50
Remaining balance:   $   3,942.52

The actual distribution to wage claimants included above, if any, will be the proposed payment less applicable withholding taxes (which will be remitted to the appropriate taxing authorities).

Timely claims of general (unsecured) creditors totaling $ 82,923.63 have been allowed and will be paid *pro rata* only after all allowed administrative and priority claims have been paid in full. The timely allowed general (unsecured) dividend is anticipated to be 4.8 percent, plus interest (if applicable).

Timely allowed general (unsecured) claims are as follows:

| Claim No | Claimant | Allowed Amount of Claim | Interim Payments to Date | Proposed Payment |
|---|---|---|---|---|
| 1 | Chase Bank USA, N.A. | 5,057.43 | 0.00 | 240.46 |
| 2 | Chase Bank USA, N.A. | 32,768.34 | 0.00 | 1,557.93 |
| 4 | FIA Card Services, NA/Bank of America | 42,491.30 | 0.00 | 2,020.20 |
| 6 | Lakewood Court Condominium Association | 2,606.56 | 0.00 | 123.93 |

Total to be paid for timely general unsecured claims:   $   3,942.52
Remaining balance:   $   0.00

Tardily filed claims of general (unsecured) creditors totaling $ 0.00 have been allowed and will be paid *pro rata* only after all allowed administrative, priority and timely filed general (unsecured) claims have been paid in full. The tardily filed claim dividend is anticipated to be 0.0 percent, plus interest (if applicable).

Tardily filed general (unsecured) claims are as follows:

| Claim No | Claimant | Allowed Amount of Claim | Interim Payments to Date | Proposed Payment |
|---|---|---|---|---|
| None | | | | |

Total to be paid for tardy general unsecured claims:   $   0.00
Remaining balance:   $   0.00

UST Form 101-7-TFR (05/1/2011)

Subordinated unsecured claims for fines, penalties, forfeitures, or damages and claims ordered subordinated by the Court totaling $ 0.00 have been allowed and will be paid *pro rata* only after all allowed administrative, priority and general (unsecured) claims have been paid in full. The dividend for subordinated unsecured claims is anticipated to be 0.0 percent, plus interest (if applicable).

Subordinated unsecured claims for fines, penalties, forfeitures or damages and claims ordered subordinated by the Court are as follows:

| Claim No | Claimant | Allowed Amount of Claim | Interim Payments to Date | Proposed Payment |
|---|---|---|---|---|
| None | | | | |

Total to be paid for subordinated claims: $ 0.00
Remaining balance: $ 0.00

UST Form 101-7-TFR (05/1/2011)