UNITED STATES BANKRUPTCY COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS

| | | |
|---|---|---|
| In re: | § | Case No. 10-38732 |
|     MOSS, DEAN JAY, | § | |
| | § | |
| | § | |
| | § | |
| | § | |
| Debtor(s) | § | |

## NOTICE OF TRUSTEE'S FINAL REPORT AND
## APPLICATIONS FOR COMPENSATION AND DEADLINE TO OBJECT (NFR)

    Pursuant to Fed. R. Bankr. P. 2002(a)(6) and 2002(f)(8), please take notice that RICHARD M. FOGEL____, trustee of the above styled estate, has filed a Final Report and the trustee and the trustee's professionals have filed final fee applications, which are summarized in the attached Summary of Trustee's Final Report and Applications for Compensation.

    The complete Final Report and all applications for compensation are available for inspection at the Office of the Clerk, at the following address:

    219 S. Dearborn Street, 7th Floor, Chicago, IL 60604

    Any person wishing to object to any fee application that has not already been approved prior to the Final Report must file a written objection within 20 days from the mailing of this notice, serve a copy of the objections upon the trustee, any party whose application is being challenged and the United States Trustee. A hearing on the fee applications and any objection to the Final Report will be held at **10:30 a.m. on September 27, 2011 in Courtroom 742**, United States Courthouse, 219 S. Dearborn Street, Chicago, IL 60604.

    If no objections are filed, upon entry of an order on the fee applications, the trustee may pay dividends pursuant to FRBP 3009 without further order of this Court.

Date: September 1, 2011                  By: /s/ Richard M. Fogel
                                                             Trustee

RICHARD F. FOGEL
321 N. CLARK STREET
SUITE 800
CHICAGO, IL 60654
312-276-1334

**UST Form 101-7-NFR (9/1/2009)**

{000 NTC A0236578.DOC}

**UNITED STATES BANKRUPTCY COURT**
**NORTHERN DISTRICT OF ILLINOIS**
**EASTERN DIVISION**

| | |
|---|---|
| In re: MOSS, DEAN JAY | § Case No. 10-38732 |
| | § |
| | § |
| Debtor(s) | § |

## SUMMARY OF TRUSTEE'S FINAL REPORT
## AND APPLICATIONS FOR COMPENSATION

| | |
|---|---|
| *The Final Report shows receipts of* | $ 130,568.58 |
| *and approved disbursements of* | $ 109,418.98 |
| *leaving a balance on hand of* [1] | $ 21,149.60 |
| **Balance on hand:** | $ 21,149.60 |

Claims of secured creditors will be paid as follows:

| Claim No. | Claimant | Claim Asserted | Allowed Amount of Claim | Interim Payments to Date | Proposed Payment |
|---|---|---|---|---|---|
| None | | | | | |

| | |
|---|---|
| Total to be paid to secured creditors: | $ 0.00 |
| Remaining balance: | $ 21,149.60 |

Applications for chapter 7 fees and administrative expenses have been filed as follows:

| Reason/Applicant | Total Requested | Interim Payments to Date | Proposed Payment |
|---|---|---|---|
| Trustee, Fees - RICHARD M. FOGEL | 7,333.80 | 0.00 | 7,333.80 |
| Trustee, Expenses - RICHARD M. FOGEL | 5.96 | 0.00 | 5.96 |
| Attorney for Trustee, Fees - SHAW GUSSIS FISHMAN GLANTZ | 7,179.00 | 0.00 | 7,179.00 |
| Attorney for Trustee, Expenses - SHAW GUSSIS FISHMAN GLANTZ | 63.32 | 0.00 | 63.32 |
| Accountant for Trustee, Fees - POPOWCER KATTEN, LTD. | 1,012.50 | 0.00 | 1,012.50 |

| | |
|---|---|
| Total to be paid for chapter 7 administration expenses: | $ 15,594.58 |
| Remaining balance: | $ 5,555.02 |

---

1 The balance of funds on hand in the estate may continue to earn interest until disbursed. The interest earned prior to disbursement will be distributed pro rata to creditors within each priority category. The trustee may receive additional compensation not to exceed the maximum compensation set forth under 11 U.S.C. § 326(a) on account of the disbursement of the additional interest.

**UST Form 101-7-NFR (10/1/2010)**

Applications for prior chapter fees and administrative expenses have been filed as follows:

| Reason/Applicant | Total Requested | Interim Payments to Date | Proposed Payment |
|---|---|---|---|
| None | | | |

       Total to be paid for prior chapter administrative expenses: $  0.00
       Remaining balance: $  5,555.02

In addition to the expenses of administration listed above as may be allowed by the Court, priority claims totaling $1,612.50 must be paid in advance of any dividend to general (unsecured) creditors.

Allowed priority claims are:

| Claim No | Claimant | Allowed Amount of Claim | Interim Payments to Date | Proposed Payment |
|---|---|---|---|---|
| 5 | Sean Wilson & Derrick Mitchell | 1,612.50 | 0.00 | 1,612.50 |

       Total to be paid for priority claims: $  1,612.50
       Remaining balance: $  3,942.52

The actual distribution to wage claimants included above, if any, will be the proposed payment less applicable withholding taxes (which will be remitted to the appropriate taxing authorities).

Timely claims of general (unsecured) creditors totaling $ 82,923.63 have been allowed and will be paid *pro rata* only after all allowed administrative and priority claims have been paid in full. The timely allowed general (unsecured) dividend is anticipated to be 4.8 percent, plus interest (if applicable).

Timely allowed general (unsecured) claims are as follows:

| Claim No | Claimant | Allowed Amount of Claim | Interim Payments to Date | Proposed Payment |
|---|---|---|---|---|
| 1 | Chase Bank USA, N.A. | 5,057.43 | 0.00 | 240.46 |
| 2 | Chase Bank USA, N.A. | 32,768.34 | 0.00 | 1,557.93 |
| 4 | FIA Card Services, NA/Bank of America | 42,491.30 | 0.00 | 2,020.20 |
| 6 | Lakewood Court Condominium Association | 2,606.56 | 0.00 | 123.93 |

       Total to be paid for timely general unsecured claims: $  3,942.52
       Remaining balance: $  0.00

**UST Form 101-7-NFR (10/1/2010)**

Tardily filed claims of general (unsecured) creditors totaling $ 0.00 have been allowed and will be paid *pro rata* only after all allowed administrative, priority and timely filed general (unsecured) claims have been paid in full. The tardily filed claim dividend is anticipated to be 0.0 percent, plus interest (if applicable).

Tardily filed general (unsecured) claims are as follows:

| Claim No | Claimant | Allowed Amount of Claim | Interim Payments to Date | Proposed Payment |
|---|---|---|---|---|
| None | | | | |

Total to be paid for tardy general unsecured claims: $ 0.00
Remaining balance: $ 0.00

Subordinated unsecured claims for fines, penalties, forfeitures, or damages and claims ordered subordinated by the Court totaling $ 0.00 have been allowed and will be paid *pro rata* only after all allowed administrative, priority and general (unsecured) claims have been paid in full. The dividend for subordinated unsecured claims is anticipated to be 0.0 percent, plus interest (if applicable).

Subordinated unsecured claims for fines, penalties, forfeitures or damages and claims ordered subordinated by the Court are as follows:

| Claim No | Claimant | Allowed Amount of Claim | Interim Payments to Date | Proposed Payment |
|---|---|---|---|---|
| None | | | | |

Total to be paid for subordinated claims: $ 0.00
Remaining balance: $ 0.00

Prepared By: /s/RICHARD M. FOGEL
Trustee

RICHARD M. FOGEL
321 N. CLARK STREET
SUITE 800
CHICAGO, IL 60654
(312) 276-1334
rfogel@shawgussis.com

**STATEMENT:** This Uniform Form is associated with an open bankruptcy case, therefore, Paperwork Reduction Act exemption 5 C.F.R. § 1320.4(a)(2) applies.

**UST Form 101-7-NFR (10/1/2010)**

```
                              United States Bankruptcy Court
                              Northern District of Illinois
In re:                                                                  Case No. 10-38732-CAD
Dean Jay Moss                                                           Chapter 7
        Debtor                     CERTIFICATE OF NOTICE
District/off: 0752-1        User: esullivan              Page 1 of 2             Date Rcvd: Sep 01, 2011
                            Form ID: pdf006              Total Noticed: 26


Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
Sep 03, 2011.
db         +Dean Jay Moss,    6053 N. Mason Ave.,    Chicago, IL 60646-3905
aty        +David S Horwitch,    Shaw Gussis Fishman Glantz Wolfson et al,    321 N Clark Street,   Suite 800,
             Chicago, IL 60654-4766
aty        +Richard M Fogel,    Shaw Gussis Fishman Glantz Wolfson et al,    321 N Clark Street   Suite 800,
             Chicago, IL 60654-4766
aty        +Shaw Gussis Fishman Glantz Wolfson & Towbin Llc,    321 North Clark Street Suite 800,
             Chicago, IL 60654-4766
aty        +Stephen S Newland,    Newland, Newland & Newland,    1512 Artaius Pkwy,
             Libertyville, IL 60048-5231
tr         +Richard M Fogel,    Shaw Gussis Fishman Glantz Wolfson,    321 N Clark Street   Suite 800,
             Chicago, IL 60654-4766
16062980   +Abn Amro Mortgage Group,    PO Box 9438,   Gaithersburg, MD 20898-9438
16062982   +American Honda Finance,    ATTN: Bankruptcy,    West Royal Lane, Ste. 200,   Irving, TX 75039
16062983   +BAC Home Loans Servicing,    450 American St.,    Simi Valley, CA 93065-6285
16062985   +Bank of America,    4161 Piedmont Pkwy,   Greensboro, NC 27410-8119
16062986   +Chase,   PO Box 15298,    Wilmington, DE 19850-5298
16471807    Chase Bank USA, N.A.,    PO Box 15145,   Wilmington, DE 19850-5145
16062987   +Depal Mehta & Navneet Kaur,    6813 N. Lakewood, #2W,    Chicago, IL 60626-3737
16062988    Elaine Bartosiewicz,    3370 Manning Ave.,    Warrenville, IL 60555
16062989   +Felice Moss,    8824 Jody Lane,    Des Plaines, IL 60016-4182
16062990   +Jen Guglielmi,    4740 N. Hamilton, #2S,    Chicago, IL 60625-1404
16812756   +Lakewood Court Condominium Association,    Law Offices of Jeff Smith,    1603 Orrington, Ste 800,,
             Evanston, IL 60201-3872
16062991   +Mike Heffern & Kalinda Piper,    6817 N. Lakewood, #2W,    Chicago, IL 60626-3739
16062992   +Sean Wilson & Derrick Mitchell,    4503 N. Ashland Ave., #1N,    Chicago, IL 60640-5401
16062993   +Sean Wilson & Derrick Mitchell,    4503 North Ashland Ave., #1N,    Chicago, IL 60640-5401
16062994   +Susan Moss,    6053 N. Mason Ave.,    Chicago, IL 60646-3905
16062995   +US Bank Home Mortgage,    4801 Frederica St.,    Owensboro, KY 42301-7441
16062996    US Bank Home Mortgage,    ATTN: BK Department,    PO Box 5229,   Cincinnati, OH 42304
16062997   +++Wells Fargo Bank NA,    Pierce & Associates PC,    1 North Dearborn Suite 1300,
             Chicago, IL 60602-4373
Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
16062981     E-mail/Text: ebnbankruptcy@ahm.honda.com Sep 02 2011 03:20:53     American Honda Finance,
              2170 Point Blvd., Ste. 100,    Elgin, IL 60123
16787537     E-mail/PDF: EBN_AIS@AMERICANINFOSOURCE.COM Sep 02 2011 06:34:34
              FIA Card Services, NA/Bank of America,    by American InfoSource LP as its agent,   PO Box 248809,
              Oklahoma City, OK 73124-8809
                                                                                              TOTAL: 2

             ***** BYPASSED RECIPIENTS (undeliverable, * duplicate) *****
aty             Hugo Rodriguez
aty             Lois West and Popowcer Katten Ltd
aty             Re/Max
aty*           +Richard M Fogel,   Shaw Gussis Fishman Glantz Wolfson,    321 N Clark Street   Suite 800,
                 Chicago, IL 60654-4766
16062984    ##+Bank of America,   PO Box 17054,    Wilmington, DE 19850-7054
                                                                                   TOTALS: 3, * 1, ## 1

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Addresses marked '+++' were transmitted to the recipient's preferred mailing address
pursuant to 11 U.S.C. 342(e).

Addresses marked '##' were identified by the USPS National Change of Address system as undeliverable.  Notices
will no longer be delivered by the USPS to these addresses; therefore, they have been bypassed.   The
debtor's attorney or pro se debtor was advised that the specified notice was undeliverable.
```

```
 District/off: 0752-1          User: esullivan              Page 2 of 2                   Date Rcvd: Sep 01, 2011
                               Form ID: pdf006              Total Noticed: 26

            ***** BYPASSED RECIPIENTS (continued) *****
```

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 9): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

**Date: Sep 03, 2011**                                **Signature:**     /s/ Joseph Speetjens