**UNITED STATES BANKRUPTCY COURT**
**NORTHERN DISTRICT OF ILLINOIS**
**EASTERN DIVISION**

In re: MOSS, DEAN JAY § Case No. 10-38732
§
§
Debtor(s) §

**CHAPTER 7 TRUSTEE'S FINAL ACCOUNT AND DISTRIBUTION**
**REPORT CERTIFICATION THAT THE ESTATE HAS BEEN FULLY ADMINISTERED**
**AND APPLICATION TO BE DISCHARGED (TDR)**

   RICHARD M. FOGEL, chapter 7 trustee, submits this Final Account, Certification that the Estate has been Fully Administered and Application to be Discharged.

   1) All funds on hand have been distributed in accordance with the Trustee's Final Report and, if applicable, any order of the Court modifying the Final Report. The case is fully administered and all assets and funds which have come under the trustee's control in this case have been properly accounted for as provided by law. The trustee hereby requests to be discharged from further duties as a trustee.

   2) A summary of assets abandoned, assets exempt, total distributions to claimants, claims discharged without payment, and expenses of administration is provided below:

| | |
|---|---|
| Assets Abandoned: $731,582.92 *(without deducting any secured claims)* | Assets Exempt: $74,247.83 |
| Total Distribution to Claimants: $104,729.02 | Claims Discharged Without Payment: $96,141.30 |
| Total Expenses of Administration: $25,839.87 | |

   3) Total gross receipts of $ 130,568.89 (see **Exhibit 1**), minus funds paid to the debtor and third parties of $ 0.00 (see **Exhibit 2**), yielded net receipts of $130,568.89 from the liquidation of the property of the estate, which was distributed as follows:

**UST Form 101-7-TDR (10/1/2010)**

|  | CLAIMS SCHEDULED | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|
| SECURED CLAIMS (from **Exhibit 3**) | $764,110.00 | $99,173.69 | $99,173.69 | $99,173.69 |
| PRIORITY CLAIMS: CHAPTER 7 ADMIN. FEES AND CHARGES (from **Exhibit 4**) | 0.00 | 30,677.51 | 25,839.87 | 25,839.87 |
| PRIOR CHAPTER ADMIN. FFES AND CHARGES (from**Exhibit 5**) | 0.00 | 0.00 | 0.00 | 0.00 |
| PRIORITY UNSECURED CLAIMS (from**Exhibit 6**) | 3,337.50 | 3,255.00 | 1,612.50 | 1,612.50 |
| GENERAL UNSECURED CLAIMS (from**Exhibit 7**) | 95,940.50 | 82,923.63 | 82,923.63 | 3,942.83 |
| **TOTAL DISBURSEMENTS** | $863,388.00 | $216,029.83 | $209,549.69 | $130,568.89 |

4) This case was originally filed under Chapter 7 on August 30, 2010. The case was pending for 16 months.

5) All estate bank statements, deposit slips, and canceled checks have been submitted to the United States Trustee.

6) An individual estate property record and report showing the final accounting of the assets of the estate is attached as **Exhibit 8**. The cash receipts and disbursements records for each estate bank account, showing the final accounting of the receipts and disbursements of estate funds is attached as **Exhibit 9**.

Pursuant to Fed R Bank P 5009, I hereby certify, under penalty of perjury, that the foregoing report is true and correct.

Dated: 01/03/2012          By: /s/RICHARD M. FOGEL
                                                   Trustee

**STATEMENT:** This Uniform Form is associated with an open bankruptcy case, therefore, Paperwork Reduction Act exemption 5 C.F.R. §1320.4(a)(2) applies.

**UST Form 101-7-TDR (10/1/2010)**

# EXHIBITS TO
# FINAL ACCOUNT

## EXHIBIT 1 −GROSS RECEIPTS

| DESCRIPTION | UNIFORM TRAN. CODE[1] | $ AMOUNT RECEIVED |
|---|---|---|
| 4503 N. Ashland Ave., #1N, Chicago, IL 60640 | 1110-000 | 6,780.00 |
| 4740 N. Hamilton Ave., #2S, Chciago, IL 60625 | 1110-000 | 123,787.84 |
| Interest Income | 1270-000 | 1.05 |
| **TOTAL GROSS RECEIPTS** | | **$130,568.89** |

[1]The Uniform Transaction Code is an accounting code assigned by the trustee for statistical reporting purposes.

## EXHIBIT 2 −FUNDS PAID TO DEBTOR & THIRD PARTIES

| PAYEE | DESCRIPTION | UNIFORM TRAN. CODE | $ AMOUNT PAID |
|---|---|---|---|
| | None | | |
| **TOTAL FUNDS PAID TO DEBTOR AND THIRD PARTIES** | | | **$0.00** |

## EXHIBIT 3 −SECURED CLAIMS

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6D) | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| NOTFILED | Bank of America | 4110-000 | 97,467.00 | N/A | N/A | 0.00 |
| NOTFILED | Wells Fargo Home Mortgage | 4110-000 | 120,855.00 | N/A | N/A | 0.00 |
| NOTFILED | US Bank Home Mortgage | 4110-000 | 229,419.00 | N/A | N/A | 0.00 |
| NOTFILED | BAC Home Loans Servicing | 4110-000 | 113,873.00 | N/A | N/A | 0.00 |
| NOTFILED | Abn Amro Mortgage Group | 4110-000 | 81,646.00 | N/A | N/A | 0.00 |
| NOTFILED | Abn Amro Mortgage Group | 4110-000 | 120,850.00 | N/A | N/A | 0.00 |
| | STEWART TITLE COMPANY | 4110-000 | N/A | 89,443.90 | 89,443.90 | 89,443.90 |
| | STEWART TITLE COMPANY | 4120-000 | N/A | 2,931.00 | 2,931.00 | 2,931.00 |
| | STEWART TITLE COMPANY | 4700-000 | N/A | 6,798.79 | 6,798.79 | 6,798.79 |
| **TOTAL SECURED CLAIMS** | | | **$764,110.00** | **$99,173.69** | **$99,173.69** | **$99,173.69** |

**UST Form 101-7-TDR (10/1/2010)**

**EXHIBIT 4 —CHAPTER 7 ADMINISTRATIVE FEES and CHARGES**

| PAYEE | UNIFORM TRAN. CODE | CLAIMS SCHEDULED | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|
| RICHARD M. FOGEL | 2100-000 | N/A | 9,778.44 | 7,333.80 | 7,333.80 |
| RICHARD M. FOGEL | 2200-000 | N/A | 5.96 | 5.96 | 5.96 |
| SHAW GUSSIS FISHMAN GLANTZ | 3110-000 | N/A | 9,572.00 | 7,179.00 | 7,179.00 |
| SHAW GUSSIS FISHMAN GLANTZ | 3120-000 | N/A | 63.32 | 63.32 | 63.32 |
| POPOWCER KATTEN, LTD. | 3410-000 | N/A | 1,012.50 | 1,012.50 | 1,012.50 |
| INTERNATIONAL SURETIES, LTD. | 2300-000 | N/A | 2.97 | 2.97 | 2.97 |
| CHICAGO'S COMFORT HEATING AND AIR CONDITIONING | 2420-000 | N/A | 285.00 | 285.00 | 285.00 |
| Diane Schuyler | 2420-000 | N/A | 517.98 | 517.98 | 517.98 |
| DAVE'S QUALITY CONSTRUCTION | 2420-000 | N/A | 175.00 | 175.00 | 175.00 |
| STEWART TITLE COMPANY | 3510-000 | N/A | 5,750.00 | 5,750.00 | 5,750.00 |
| STEWART TITLE COMPANY | 2500-000 | N/A | 3,476.00 | 3,476.00 | 3,476.00 |
| The Bank of New York Mellon | 2600-000 | N/A | 38.34 | 38.34 | 38.34 |
| **TOTAL CHAPTER 7 ADMIN. FEES AND CHARGES** | | N/A | 30,677.51 | 25,839.87 | 25,839.87 |

**EXHIBIT 5 —PRIOR CHAPTER ADMINISTRATIVE FEES and CHARGES**

| PAYEE | UNIFORM TRAN. CODE | CLAIMS SCHEDULED | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|
| None | | | | | |
| **TOTAL PRIOR CHAPTER ADMIN. FEES AND CHARGES** | | N/A | 0.00 | 0.00 | 0.00 |

**EXHIBIT 6 —PRIORITY UNSECURED CLAIMS**

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6E) | CLAIMS ASSERTED (from Proofs of Claim) | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| 3 | Jen Guglielmi | 5600-000 | 1,642.50 | 1,642.50 | 0.00 | 0.00 |
| 5 | Sean Wilson & Derrick Mitchell | 5600-000 | 1,695.00 | 1,612.50 | 1,612.50 | 1,612.50 |
| **TOTAL PRIORITY UNSECURED CLAIMS** | | | 3,337.50 | 3,255.00 | 1,612.50 | 1,612.50 |

**UST Form 101-7-TDR (10/1/2010)**

**EXHIBIT 7 –GENERAL UNSECURED CLAIMS**

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6F) | CLAIMS ASSERTED (from Proofs of Claim) | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| 1 | Chase Bank USA, N.A. | 7100-000 | 6,000.00 | 5,057.43 | 5,057.43 | 240.47 |
| 2 | Chase Bank USA, N.A. | 7100-000 | 30,500.00 | 32,768.34 | 32,768.34 | 1,558.06 |
| 4 | FIA Card Services, NA/Bank of America | 7100-000 | 42,280.00 | 42,491.30 | 42,491.30 | 2,020.36 |
| 6 | Clerk of U.S. Bankruptcy Court - Lakewood Court | 7100-001 | N/A | 2,606.56 | 2,606.56 | 123.94 |
| NOTFILED | Elaine Bartosiewicz | 7100-000 | 7,500.00 | N/A | N/A | 0.00 |
| NOTFILED | Depal Mehta & Navneet Kaur | 7100-000 | 1,537.50 | N/A | N/A | 0.00 |
| NOTFILED | Mike Heffern & Kalinda Piper | 7100-000 | 1,560.00 | N/A | N/A | 0.00 |
| NOTFILED | Felice Moss | 7100-000 | 4,500.00 | N/A | N/A | 0.00 |
| NOTFILED | American Honda Finance | 7100-000 | 2,063.00 | N/A | N/A | 0.00 |
| **TOTAL GENERAL UNSECURED CLAIMS** | | | 95,940.50 | 82,923.63 | 82,923.63 | 3,942.83 |

**UST Form 101-7-TDR (10/1/2010)**

Exhibit 8

# Form 1
## Individual Estate Property Record and Report
## Asset Cases

Page: 1

**Case Number:** 10-38732  
**Case Name:** MOSS, DEAN JAY  
**Period Ending:** 01/03/12

**Trustee:** (330720) RICHARD M. FOGEL  
**Filed (f) or Converted (c):** 08/30/10 (f)  
**§341(a) Meeting Date:** 10/26/10  
**Claims Bar Date:** 02/14/11

| 1<br>Asset Description<br>(Scheduled And Unscheduled (u) Property)<br>Ref. # | 2<br>Petition/<br>Unscheduled<br>Values | 3<br>Estimated Net Value<br>(Value Determined By Trustee,<br>Less Liens, Exemptions,<br>and Other Costs) | 4<br>Property<br>Abandoned<br>OA=§554(a)<br>DA=§554(c) | 5<br>Sale/Funds<br>Received by<br>the Estate | 6<br>Asset Fully<br>Administered (FA)/<br>Gross Value of<br>Remaining Assets |
|---|---|---|---|---|---|
| 1 | Principle residence: 6053 N. Mason Ave., Chicago<br>   Orig. Asset Memo: Imported from original petition<br>Doc# 1 | 325,500.00 | 0.00 | DA | 0.00 | 0.00 |
| 2 | 4503 N. Ashland Ave., #1N, Chicago, IL 60640<br>   Orig. Asset Memo: Imported from original petition<br>Doc# 1  (See Footnote) | 175,000.00 | 43,627.00 | OA | 6,780.00 | FA |
| 3 | 4740 N. Hamilton Ave., #2S, Chciago, IL 60625<br>   Orig. Asset Memo: Imported from original petition<br>Doc# 1  (See Footnote) | 165,000.00 | 92,354.00 | | 123,787.84 | FA |
| 4 | 6813 N. Lakewood Ave., #2W, Chicago, IL 60626<br>   Orig. Asset Memo: Imported from original petition<br>Doc# 1  (See Footnote) | 85,000.00 | 0.00 | OA | 0.00 | FA |
| 5 | 6817 N. Lakewood Ave., #2W, Chicago, IL 60626<br>   Orig. Asset Memo: Imported from original petition<br>Doc# 1  (See Footnote) | 85,000.00 | 0.00 | OA | 0.00 | FA |
| 6 | Cash on hand.<br>   Orig. Asset Memo: Imported from original petition<br>Doc# 1 | 16.00 | 0.00 | DA | 0.00 | 0.00 |
| 7 | Checking, savings or other financial accounts, c<br>   Orig. Asset Memo: Imported from original petition<br>Doc# 1 | 2,522.50 | 0.00 | DA | 0.00 | 0.00 |
| 8 | Checking, savings or other financial accounts, c<br>   Orig. Asset Memo: Imported from original petition<br>Doc# 1 | 2,082.95 | 0.00 | DA | 0.00 | 0.00 |
| 9 | Household goods and furnishings, including audio<br>   Orig. Asset Memo: Imported from original petition<br>Doc# 1 | 600.00 | 0.00 | DA | 0.00 | 0.00 |
| 10 | Books, pictures and other art objects, antiques,<br>   Orig. Asset Memo: Imported from original petition<br>Doc# 1 | 100.00 | 0.00 | DA | 0.00 | 0.00 |
| 11 | Wearing apparel.<br>   Orig. Asset Memo: Imported from original petition<br>Doc# 1 | 500.00 | 0.00 | DA | 0.00 | 0.00 |
| 12 | Furs and jewelry. | 200.00 | 0.00 | DA | 0.00 | 0.00 |

Page: 2

# Form 1

## Individual Estate Property Record and Report
## Asset Cases

**Case Number:** 10-38732  
**Case Name:** MOSS, DEAN JAY  

**Period Ending:** 01/03/12

**Trustee:** (330720) RICHARD M. FOGEL  
**Filed (f) or Converted (c):** 08/30/10 (f)  
**§341(a) Meeting Date:** 10/26/10  
**Claims Bar Date:** 02/14/11

| Ref. # | 1<br>Asset Description<br>(Scheduled And Unscheduled (u) Property) | 2<br>Petition/<br>Unscheduled<br>Values | 3<br>Estimated Net Value<br>(Value Determined By Trustee,<br>Less Liens, Exemptions,<br>and Other Costs) | 4<br>Property<br>Abandoned<br>OA=§554(a)<br>DA=§554(c) | 5<br>Sale/Funds<br>Received by<br>the Estate | 6<br>Asset Fully<br>Administered (FA)/<br>Gross Value of<br>Remaining Assets |
|---|---|---|---|---|---|---|
|  | Orig. Asset Memo: Imported from original petition Doc# 1 |  |  |  |  |  |
| 13 | Interests in insurance policies. Name insurance<br>   Orig. Asset Memo: Imported from original petition Doc# 1 | 23,900.36 | 0.00 | DA | 0.00 | 0.00 |
| 14 | Annuities.  Itemize and name each issuer.<br>   Orig. Asset Memo: Imported from original petition Doc# 1 | 7,411.15 | 0.00 | DA | 0.00 | 0.00 |
| 15 | Interests in IRA, ERISA, Keogh, or other pension<br>   Orig. Asset Memo: Imported from original petition Doc# 1 | 19,521.68 | 0.00 | DA | 0.00 | 0.00 |
| 16 | Stock and interests in incorporated and unincorp<br>   Orig. Asset Memo: Imported from original petition Doc# 1 | 1,000.00 | 0.00 | DA | 0.00 | 0.00 |
| 17 | Stock and interests in incorporated and unincorp<br>   Orig. Asset Memo: Imported from original petition Doc# 1 | 3,228.28 | 0.00 | DA | 0.00 | FA |
| Int | INTEREST  (u) | Unknown | N/A |  | 1.05 | FA |
| 18 | **Assets** Totals (Excluding unknown values) | **$896,582.92** | **$135,981.00** |  | **$130,568.89** | **$0.00** |

RE PROP# 2   Per o/c 6-28-11  
RE PROP# 3   Sale closed 6-30-11  
RE PROP# 4   Per o/c 6-28-11 (Stay modified 11-2-10)  

RE PROP# 5   Per o/c 6-28-11 (Stay modified 10-28-10)

**Major Activities Affecting Case Closing:**

   Soliciting offers for condominiums

Exhibit 8

# Form 1

Page: 3

## Individual Estate Property Record and Report
## Asset Cases

**Case Number:** 10-38732  
**Case Name:** MOSS, DEAN JAY  

**Trustee:**  (330720)  RICHARD M. FOGEL  
**Filed (f) or Converted (c):** 08/30/10 (f)  
**§341(a) Meeting Date:** 10/26/10  

**Period Ending:** 01/03/12  
**Claims Bar Date:** 02/14/11  

| 1 | 2 | 3 | 4 | 5 | 6 |
|---|---|---|---|---|---|
| **Asset Description** (Scheduled And Unscheduled (u) Property) Ref. # | **Petition/ Unscheduled Values** | **Estimated Net Value** (Value Determined By Trustee, Less Liens, Exemptions, and Other Costs) | **Property Abandoned** OA=§554(a) DA=§554(c) | **Sale/Funds Received by the Estate** | **Asset Fully Administered (FA)/ Gross Value of Remaining Assets** |

**Initial Projected Date Of Final Report (TFR):**   June 30, 2011          **Current Projected Date Of Final Report (TFR):**     September 1, 2011  (Actual)

Exhibit 9

# Form 2

## Cash Receipts And Disbursements Record

Page: 1

**Case Number:** 10-38732
**Case Name:** MOSS, DEAN JAY
**Taxpayer ID #:** **-***1502
**Period Ending:** 01/03/12

**Trustee:** RICHARD M. FOGEL (330720)
**Bank Name:** The Bank of New York Mellon
**Account:** 9200-******01-65 - Money Market Account
**Blanket Bond:** $5,000,000.00 (per case limit)
**Separate Bond:** N/A

| 1<br>Trans.<br>Date | 2<br>{Ref #} /<br>Check # | 3<br>Paid To / Received From | 4<br>Description of Transaction | T-Code | 5<br>Receipts<br>$ | 6<br>Disbursements<br>$ | 7<br>Money Market<br>Account Balance |
|---|---|---|---|---|---|---|---|
| 11/10/10 | {3} | JENNIFER GUGLIEMI | Nov. rent- Hamilton | 1122-000 | 1,095.00 | | 1,095.00 |
| 11/10/10 | {2} | SEAN WILSON | Nov rent- Ashland | 1122-000 | 1,130.00 | | 2,225.00 |
| 11/30/10 | Int | The Bank of New York Mellon | Interest posting at 0.0100% | 1270-000 | 0.01 | | 2,225.01 |
| 12/01/10 | {3} | JENNIFER GUGLIELMI | Dec rent- Hamilton | 1110-000 | 1,095.00 | | 3,320.01 |
| 12/01/10 | {2} | SEAN WILSON | Dec rent- Ashland | 1110-000 | 1,130.00 | | 4,450.01 |
| 12/31/10 | Int | The Bank of New York Mellon | Interest posting at 0.0100% | 1270-000 | 0.03 | | 4,450.04 |
| 01/03/11 | {2} | SEAN WILSON | Jan rent- Ashland | 1122-000 | 1,130.00 | | 5,580.04 |
| 01/03/11 | {3} | JENNIFER GUGLIELMI | Jan rent- Hamilton | 1122-000 | 1,095.00 | | 6,675.04 |
| 01/31/11 | Int | The Bank of New York Mellon | Interest posting at 0.0100% | 1270-000 | 0.05 | | 6,675.09 |
| 02/01/11 | {2} | SEAN WILSON | February rent- Ashland | 1122-000 | 1,130.00 | | 7,805.09 |
| 02/01/11 | {3} | JENNIFER GUGLIELMI | February rent- Hamilton | 1122-000 | 1,095.00 | | 8,900.09 |
| 02/28/11 | Int | The Bank of New York Mellon | Interest posting at 0.0100% | 1270-000 | 0.06 | | 8,900.15 |
| 03/01/11 | {2} | SEAN WILSON | March rent- Ashland | 1122-000 | 1,130.00 | | 10,030.15 |
| 03/04/11 | {3} | JENNIFER GUGLIEMI | March rent- Hamilton | 1122-000 | 1,095.00 | | 11,125.15 |
| 03/17/11 | | To Account #9200******0166 | Bond Premium | 9999-000 | | 2.97 | 11,122.18 |
| 03/30/11 | {2} | SEAN WILSON | April rent- Ashland | 1122-000 | 1,130.00 | | 12,252.18 |
| 03/31/11 | Int | The Bank of New York Mellon | Interest posting at 0.0100% | 1270-000 | 0.09 | | 12,252.27 |
| 04/01/11 | {3} | JENNIFER GUGLIEMI | April rent- Hamilton | 1122-000 | 1,095.00 | | 13,347.27 |
| 04/20/11 | | To Account #9200******0166 | Account Transfer- repairs at Hamilton | 9999-000 | | 285.00 | 13,062.27 |
| 04/29/11 | Int | The Bank of New York Mellon | Interest posting at 0.0100% | 1270-000 | 0.10 | | 13,062.37 |
| 05/04/11 | {3} | JENNIFER GUGLIELMI | May rent- Hamilton | 1122-000 | 1,095.00 | | 14,157.37 |
| 05/31/11 | Int | The Bank of New York Mellon | Interest posting at 0.0100% | 1270-000 | 0.11 | | 14,157.48 |
| 06/03/11 | {3} | JEN GUGLIELMI | June rent- Hamilton | 1122-000 | 1,095.00 | | 15,252.48 |
| 06/23/11 | | To Account #9200******0166 | Account Transfer- dishwasher for Hamilton condo | 9999-000 | | 517.98 | 14,734.50 |
| 06/30/11 | Int | The Bank of New York Mellon | Interest posting at 0.0100% | 1270-000 | 0.12 | | 14,734.62 |
| 06/30/11 | | To Account #9200******0166 | Account Transfer- Hamilton plumbing issues | 9999-000 | | 175.00 | 14,559.62 |
| 07/05/11 | | STEWART TITLE COMPANY | Net proceeds of sale of Hamilton condo | | 6,600.31 | | 21,159.93 |
| | {3} | | Gross proceeds of sale    115,000.00<br>of condominium | 1110-000 | | | 21,159.93 |
| | | | Payoff first mortgage    -89,443.90<br>(Citimotgage) | 4110-000 | | | 21,159.93 |
| | | | Payoff condo association    -2,931.00<br>assessments (Giddings) | 4120-000 | | | 21,159.93 |
| | | | Real estate taxes    -6,798.79 | 4700-000 | | | 21,159.93 |
| | | | Real estate broker's fee    -5,750.00<br>(ReMax) | 3510-000 | | | 21,159.93 |

Subtotals :    $22,140.88    $980.95

{} Asset reference(s)

Printed: 01/03/2012 08:12 AM    V.12.57

Exhibit 9

# Form 2

Page: 2

## Cash Receipts And Disbursements Record

**Case Number:** 10-38732  
**Case Name:** MOSS, DEAN JAY  

**Taxpayer ID #:** **-***1502  
**Period Ending:** 01/03/12  

**Trustee:** RICHARD M. FOGEL (330720)  
**Bank Name:** The Bank of New York Mellon  
**Account:** 9200-******01-65 - Money Market Account  
**Blanket Bond:** $5,000,000.00 (per case limit)  
**Separate Bond:** N/A  

| 1 Trans. Date | 2 {Ref #} / Check # | 3 Paid To / Received From | 4 Description of Transaction | T-Code | 5 Receipts $ | 6 Disbursements $ | 7 Money Market Account Balance |
|---|---|---|---|---|---|---|---|
| | | | Closing costs and title insurance fees  -3,476.00 | 2500-000 | | | 21,159.93 |
| 07/18/11 | {3} | STEWART TITLE COMPANY OF ILLINOIS | Additional proceeds | 1110-000 | 27.84 | | 21,187.77 |
| 07/29/11 | Int | The Bank of New York Mellon | Interest posting at 0.0100% | 1270-000 | 0.17 | | 21,187.94 |
| 08/01/11 | | The Bank of New York Mellon | Bank and Technology Services Fee | 2600-000 | | 38.34 | 21,149.60 |
| 08/31/11 | Int | The Bank of New York Mellon | Interest posting at 0.0100% | 1270-000 | 0.17 | | 21,149.77 |
| 09/26/11 | Int | The Bank of New York Mellon | Current Interest Rate is 0.0100% | 1270-000 | 0.14 | | 21,149.91 |
| 09/26/11 | | To Account #9200******0166 | Close account and transfer for final distributions | 9999-000 | | 21,149.91 | 0.00 |
| | | | **ACCOUNT TOTALS** | | **22,169.20** | **22,169.20** | **$0.00** |
| | | | Less: Bank Transfers | | 0.00 | 22,130.86 | |
| | | | **Subtotal** | | **22,169.20** | **38.34** | |
| | | | Less: Payments to Debtors | | | 0.00 | |
| | | | **NET Receipts / Disbursements** | | **$22,169.20** | **$38.34** | |

{} Asset reference(s)                                                              Printed: 01/03/2012 08:12 AM    V.12.57

Case 10-38732   Doc 64   Filed 01/17/12   Entered 01/17/12 15:55:11   Desc Main
Document       Page 11 of 12

Exhibit 9

## FORM 2

Page: 3

## Cash Receipts And Disbursements Record

**Case Number:** 10-38732  
**Case Name:** MOSS, DEAN JAY  

**Taxpayer ID #:** **-***1502  
**Period Ending:** 01/03/12  

**Trustee:** RICHARD M. FOGEL (330720)  
**Bank Name:** The Bank of New York Mellon  
**Account:** 9200-******01-66 - Checking Account  
**Blanket Bond:** $5,000,000.00 (per case limit)  
**Separate Bond:** N/A  

| 1<br>Trans.<br>Date | 2<br>{Ref #} /<br>Check # | 3<br>Paid To / Received From | 4<br>Description of Transaction | T-Code | 5<br>Receipts<br>$ | 6<br>Disbursements<br>$ | 7<br>Checking<br>Account Balance |
|---|---|---|---|---|---|---|---|
| 03/17/11 |  | From Account #9200******0165 | Bond Premium | 9999-000 | 2.97 |  | 2.97 |
| 03/21/11 | 101 | INTERNATIONAL SURETIES, LTD. | Bond Premium | 2300-000 |  | 2.97 | 0.00 |
| 04/20/11 |  | From Account #9200******0165 | Account Transfer- repairs at Hamilton | 9999-000 | 285.00 |  | 285.00 |
| 04/21/11 | 102 | CHICAGO'S COMFORT HEATING AND AIR CONDITIONING | Thermostat repair at 4740 N. Hamilton | 2420-000 |  | 285.00 | 0.00 |
| 06/23/11 |  | From Account #9200******0165 | Account Transfer- dishwasher for Hamilton condo | 9999-000 | 517.98 |  | 517.98 |
| 06/24/11 | 103 | Diane Schuyler | Reimbursement for purchase of dishwasher for Hamilton condo | 2420-000 |  | 517.98 | 0.00 |
| 06/30/11 |  | From Account #9200******0165 | Account Transfer- Hamilton plumbing issues | 9999-000 | 175.00 |  | 175.00 |
| 06/30/11 | 104 | DAVE'S QUALITY CONSTRUCTION | Bath tub and dishwasher issues at Hamilton | 2420-000 |  | 175.00 | 0.00 |
| 09/26/11 |  | From Account #9200******0165 | Close account and transfer for final distributions | 9999-000 | 21,149.91 |  | 21,149.91 |
| 09/27/11 | 105 | SHAW GUSSIS FISHMAN GLANTZ | Dividend paid 100.00% on $7,179.00, Attorney for Trustee Fees (Trustee Firm); Reference: | 3110-000 |  | 7,179.00 | 13,970.91 |
| 09/27/11 | 106 | SHAW GUSSIS FISHMAN GLANTZ | Dividend paid 100.00% on $63.32, Attorney for Trustee Expenses (Trustee Firm); Reference: | 3120-000 |  | 63.32 | 13,907.59 |
| 09/27/11 | 107 | POPOWCER KATTEN, LTD. | Dividend paid 100.00% on $1,012.50, Accountant for Trustee Fees (Other Firm); Reference: | 3410-000 |  | 1,012.50 | 12,895.09 |
| 09/27/11 | 108 | Sean Wilson & Derrick Mitchell | 100.00% dividend on Claim # 5, Ref: 4503 | 5600-000 |  | 1,612.50 | 11,282.59 |
| 09/27/11 | 109 | Chase Bank USA, N.A. | 4.75% dividend on Claim # 1, Ref: 8965 | 7100-000 |  | 240.47 | 11,042.12 |
| 09/27/11 | 110 | Chase Bank USA, N.A. | 4.75% dividend on Claim # 2, Ref: 4358 | 7100-000 |  | 1,558.06 | 9,484.06 |
| 09/27/11 | 111 | FIA Card Services, NA/Bank of America | 4.75% dividend on Claim # 4, Ref: 9346 | 7100-000 |  | 2,020.36 | 7,463.70 |
| 09/27/11 | 112 | Lakewood Court Condominium Association | 4.75% dividend on Claim # 6, Ref: Voided on 12/27/11 | 7100-000 |  | 123.94 | 7,339.76 |
| 09/27/11 | 113 | RICHARD M. FOGEL | COMBINED CHECK FOR TRUSTEE COMPENSATION, EXPENSES AND INTEREST |  |  | 7,339.76 | 0.00 |
|  |  |  | Dividend paid 100.00%   7,333.80 on $7,333.80;  Claim# A; Filed: $9,778.44 | 2100-000 |  |  | 0.00 |
|  |  |  | Dividend paid 100.00%   5.96 on $5.96;  Claim# B; Filed: $5.96 | 2200-000 |  |  | 0.00 |
| 12/27/11 | 112 | Lakewood Court Condominium Association | 4.75% dividend on Claim # 6, Ref: Voided: check issued on 09/27/11 | 7100-000 |  | -123.94 | 123.94 |
|  |  |  | Subtotals : |  | $22,130.86 | $22,006.92 |  |

{} Asset reference(s)

Printed: 01/03/2012 08:12 AM    V.12.57

Exhibit 9

# Form 2

## Cash Receipts And Disbursements Record

Page: 4

**Case Number:** 10-38732  
**Case Name:** MOSS, DEAN JAY  
**Taxpayer ID #:** **-***1502  
**Period Ending:** 01/03/12  

**Trustee:** RICHARD M. FOGEL (330720)  
**Bank Name:** The Bank of New York Mellon  
**Account:** 9200-******01-66 - Checking Account  
**Blanket Bond:** $5,000,000.00 (per case limit)  
**Separate Bond:** N/A  

| 1<br>Trans.<br>Date | 2<br>{Ref #} /<br>Check # | 3<br>Paid To / Received From | 4<br>Description of Transaction | T-Code | 5<br>Receipts<br>$ | 6<br>Disbursements<br>$ | 7<br>Checking<br>Account Balance |
|---|---|---|---|---|---|---|---|
| 12/27/11 | 114 | Clerk of U.S. Bankruptcy Court | REISSUED CHECK FROM STALE CHECK PROCESSING | 7100-001 | | 123.94 | 0.00 |
| | | | **ACCOUNT TOTALS** | | 22,130.86 | 22,130.86 | $0.00 |
| | | | Less: Bank Transfers | | 22,130.86 | 0.00 | |
| | | | **Subtotal** | | 0.00 | 22,130.86 | |
| | | | Less: Payments to Debtors | | | 0.00 | |
| | | | **NET Receipts / Disbursements** | | $0.00 | $22,130.86 | |

| TOTAL - ALL ACCOUNTS | Net Receipts | Net Disbursements | Account Balances |
|---|---|---|---|
| **MMA # 9200-******01-65** | 22,169.20 | 38.34 | 0.00 |
| **Checking # 9200-******01-66** | 0.00 | 22,130.86 | 0.00 |
| | $22,169.20 | $22,169.20 | $0.00 |

{} Asset reference(s)

Printed: 01/03/2012 08:12 AM   V.12.57